FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

2019 SEP 24  AM II: 34

# UNITED STATES DISTRICT COURT

for the ~~~DISTRICT OF FLORIDA~~~
~~~ORLANDO, FLORIDA~~~

_____ District of _____

_____ Division

|  |  |
|---|---|
| George Thomas Carr | ) Case No. 6:19-cv-1838-ORL 40 DCI |
| _____ | ) _(to be filled in by the Clerk's Office)_ |
| *Plaintiff(s)* | ) |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) Jury Trial: *(check one)* ☒ Yes ☐ No |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| -v- | ) |
|  | ) |
| "see attached"  "see attached" | ) SEE ATTACHED |
| _____ | ) |
| *Defendant(s)* | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names.) | ) |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

            Name                    _____

            Street Address         _____

            City and County      _____

            State and Zip Code   _____

            Telephone Number   _____

            E-mail Address      _____

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

SEE: attached

ATTACHED

ADDRESSES OF DEFENDENTS

CLAY MITCHELL + THERESA PRESLEY    MORGAN + MORGAN 1212 ORANGE AV ORLANDO FLORIDA
ATTORNEY

BLAKE CONRAD    TRAVELERS INSURANCE    REW REV AMBLANCE MAKERS 2212-2217 FORSYTH RD. ORLANDO FL.
ADDRESS    ADDRESS

ROBERT L. HICKMAN    "    "    "    "
ROBERT L. BLAKE    "    "    "    "
ANN CONWAY    "    "    "    "
ANN CONRAD

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

ATTORNY LEGAL

1212 N. ORANGE ~~PIXSOH~~ AV.

ORLANDO, FL.

ORLANDO ORANGE    DON'T KNOW ZIP CODE

FLORIDA

I DON'T KNOW  PHONE NUMBER

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

THERESA PRESLEY LEGAL SECRETARY

1212 N. ORANGE AV.

ORLANDO, ORANGE CO. DON'T KNOW ZIP CODE

FLORIDA

FLORIDA

I DON'T KNOW  PHONE NUMBER

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

ROBERT L. HICKMAN OR-AND ROBERT L BLAKE ALIAS

TRAVELER'S INSURANCE REPRESENTATIVE

2212-2217 N. FORSYTH RD.

ORLANDO, ORANGE COUNTY

FLORIDA  IDON'T KNOW THE ZIP CODE

I DONT  KNOW THE TELE PHONE NUMBER

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

ANN CONWAY AND OR ALIAS ANN CONRAD

TRAVELER INSURANCE  REPRESENTATIVE REV. AMBULANCE CO.

2212-2217  N. FORSYTH RD.

ORLANDO, ORANGE CO.

FLORIDA  I DON'T KNOW THE ZIP CODE

I DONT KNOW THE TELEPHONE NUMBER

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* REW, REV AMBULANCE CO. OR LTD. , is incorporated under

the laws of the State of *(name)* FLORIDA , and has its

principal place of business in the State of *(name)* ~~FLOIDA~~ FLORIDA OR NEW YORK

Or is incorporated under the laws of *(foreign nation)* OR ~~UNITED~~ GREAT BRITAIN

and has its principal place of business in *(name)* FLORIDA OR NEW YORK OR ENGLAND

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE DEFENDANT RAN THE PLAINTIFF OVER WITH A AMBLANCE TRUCK

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DEFENDANT CONSPIRED TOGETHER NOT TO PAY BICYCLE RIDING PLAINTIFF FOR HIS GREIVOUS BODILY DAMAGE

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FAIR COMPENSATION FOR DAMAGED BODY HEALTH. DEFENANT STILL FEELS TERRIBLE BODILY PAIN EXACTLY WHERE THE AMBLANCE STRUCK HIM IN SEPTEMBER 2017, THE DEFENDANTS ARE ILLEGALLY CONSPIRING 3 YEARS NOW TO CHEAT THE PLAINTIFF THREE YEARS NOW OF UNNECCESARY SUFFERING, INSTEAD OF PROMPT AND TIMELY SETTEMENT THIS OVERIDING LAW BREAKING CONSTITUTES REASON FOR IMMEDIATE SETTLEMENT NOW ENFORCED BY A LAW ABIDING FEDERAL COURT. FINANCIAL AMOUN IS ENTRUSTED TO A FAIR JUDGE.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

GEORGE THOMAS CARR

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   George T. Carr SEPT. 24, 2019

Signature of Plaintiff   George T. Carr

Printed Name of Plaintiff   GEORGE T. CARR

B.   **For Attorneys**

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____